314        SUPREME COURT OF FLORIDA.

JESSIE C. TIMBERLAKE, ADMINISTRATRIX OF THE ESTATE OF
JAMES A. TIMBERLAKE, DECEASED, AND L. J. ROBBINS,
*Appellants*, v. MARGUERITE O. SEMPLE, JOINED BY HER
HUSBAND, JOHN S. SEMPLE, *Appellees.*

Decision Filed October 12, 1923.

Petition for rehearing denied November 1, 1923.

This case was decided by Division B.

An Appeal from the Circuit Court for DeSoto County;
George W. Whitehurst, Judge.

*L. J. Robbins*, for Appellants;

*Leitner & Leitner*, for Apellees.

PER CURIAM.—This cause having heretofore been sub-
mitted to the Court upon the transcript of the record of
the decree herein, and briefs and arguments of counsel for
the respective parties, and the record having been seen and
inspceted, and the Court being now advised of its judgment
to be given in the premises, it seems to the Court that there
is no error in the said decree; it is, therefore, considered,
ordered and decreed by the Court that the said decree of
the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., Concur.

On Petition for Rehearing.

PER CURIAM.—A petition for rehearing filed herein
should be denied. The service rendered by attorneys in

defending the right of a married woman to real estate as her separate property, is not "labor bestowed" on the land for which the land may be subjected in equity under the last clause of Section 2, Article XI of the State Constitution.

Rehearing denied.

TAYLOR, C. J., AND WHITFIELD, BROWNE, WEST AND TERRELL, J. J., concur.